

COUNSELORS AT LAW

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Robyn L. Enes
Joanna C. Kahan

Of counsel
Diane Ferrone

June 14, 2018

**<u>Via ECF</u>**

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    <u>United States v. Robbie Black, et al.</u>, 18-cr-153 (CM)

Your Honor:

I am CJA counsel to Anthony Castillo, a defendant in the above-referenced case. I write to request a one-time modification to Mr. Castillo's bail conditions. Neither the government nor Pre-Trial Services object to the instant request.

Mr. Castillo is currently at liberty on the following terms and conditions:

> $100,000 personal recognizance bond co-signed by 2 financially responsible persons and one for moral suasion; travel limited to the SDNY and EDNY; surrender of travel documents and no new applications; strict pretrial supervision; and drug testing and treatment as directed by pretrial services.

ECF #22, #67.

We respectfully request a one-time bail modification to permit Mr. Castillo to attend a family reunion with his siblings and cousins in Las Vegas, Nevada from July 8 through July 11, 2018. Mr. Castillo has been fully complaint with the conditions of his release since the Court removed the home confinement and GPS components.

As noted above, neither AUSA Mollie Bracewell nor Pre-Trial Services Office Jonathan Lettieri object to the instant request. If the Court grants the request, Mr. Castillo will provide a detailed itinerary to his Pre-Trial Services Officer.



Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Robyn L. Enes
Joanna C. Kahan

Of counsel
Diane Ferrone

We thank the Court for its consideration of the instant application.

Very truly yours,

/s/

Dawn M. Cardi

cc:     AUSA Mollie Bracewell (via ECF)
         Pre-Trial Services Officer Jonathan Lettieri (via e-mail)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com