UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Order of Restitution** |
| v. | 18 Cr. 153 (CM) |
| Anthony Castillo, | |
| Defendant. | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/19

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Mollie Bracewell, Assistant United States Attorney, of counsel; the presentence investigation report; the Defendant's conviction on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Anthony Castillo, the Defendant, shall pay restitution in the total amount of $5,062.95 to the victim of the offense charged in Count One of the Indictment. The name, address, and specific amount owed to the victim is set forth in the schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed

09.10.2013

by the Government, the Clerk's Office, and the Probation Office, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

      June 19, 2019

_____
CHIEF UNITED STATES DISTRICT JUDGE